1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:   (415) 268-1999
   Email:         matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   LAFACE RECORDS LLC; UMG RECORDINGS,
7  INC.; SONY BMG MUSIC ENTERTAINMENT;
   and MOTOWN RECORD COMPANY, L.P.
8

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| LAFACE RECORDS LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and MOTOWN RECORD COMPANY, L.P., a California limited partnership,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>JOHN DOE,<br>　　　　　　　Defendant. | CASE NO. C 07-04121 MMC<br><br>**The Honorable Maxine M. Chesney**<br><br>*EX PARTE* **APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND EXTEND TIME TO SERVE DEFENDANT AND [PROPOSED] ORDER** |

Because Defendant John Doe ("Defendant") has not yet been identified, Plaintiffs respectfully request that the Court continue the case management conference currently set for November 16, 2007, at 10:30 a.m. to February 15, 2008. Plaintiffs further request, pursuant to the Federal Rules of Civil Procedure, Rules 4(m) and 6(b)(1), that Plaintiffs' time to serve the Summons and Complaint on Defendant be extended from December 7, 2007 to March 6, 2008.

Plaintiffs filed the Complaint against Defendant on August 9, 2007. Also on August 9, 2007, Plaintiffs filed their *Ex Parte* Application for Leave to Take Immediate Discovery, seeking the Court's permission to serve a Rule 45 subpoena on University of California, Santa Cruz ("UC Santa Cruz") so that Plaintiffs could obtain information sufficient to identify Defendant. On August 22, 2007, this Court issued its Order Granting Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery. Pursuant to the Court's Order, Plaintiffs have served UC Santa Cruz with a Rule 45 subpoena directing UC Santa Cruz to produce certain information necessary to identify Defendant. Plaintiffs expect UC Santa Cruz to respond to the subpoena on November 28, 2007.

Because Plaintiffs cannot identify Defendant until UC Santa Cruz has responded to Plaintiffs' subpoena, there is not yet a known defendant with whom to confer, and a case management conference is unnecessary at this time. Plaintiffs therefore respectfully request that the Court continue the case management conference currently set for November 16, 2007, at 10:30 a.m. to February 15, 2008. Because the original time period for Plaintiffs to serve the Summons and Complaint on Defendant will expire on December 7, 2007 (only nine days after Plaintiffs expect to receive the subpoena response enabling them to identify Defendant), Plaintiffs further request that the time to serve the Summons and Complaint on Defendant be extended to March 6, 2008.

Dated: November 7, 2007                           HOLME ROBERTS & OWEN LLP

                                                  By: */s/ Matthew Franklin Jaksa*
                                                       MATTHEW FRANKLIN JAKSA
                                                       Attorney for Plaintiffs

**ORDER**

Good cause having been shown:

**IT IS ORDERED** that the case management conference currently set for November 16, 2007, at 10:30 a.m. be continued to February 15, 2008.

**IT IS FURTHER ORDERED** that, pursuant to the Federal Rules of Civil Procedure, Rules 4(m) and 6(b)(1), Plaintiffs' time to serve the Summons and Complaint on Defendant be extended to ~~March 6, 2008.~~ January 15, 2008.

Dated:  November 9, 2007

By: /s/ Maxine M. Chesney
Honorable Maxine M. Chesney
United States District Judge